U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 2 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ELLA MAE MILLER BOOTH** | : | **DOCKET NO. 2:06 CV 2149** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **LOUISIANA CITIZENS COASTAL PLAN, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this matter is remanded to the 38th Judicial District Court for Cameron Parish, Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of March, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE